

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

ELIJAH COVINGTON,

|                        |   |                               |
|------------------------|---|-------------------------------|
| Appellant,             | § | No. 08-23-00176-CR            |
| v.                     | § | Appeal from the               |
|                        | § | 384th Judicial District Court |
| THE STATE OF TEXAS,    | § | Of El Paso County, Texas      |
| Appellee.              |   | (TC# 20210D02752)             |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 12TH DAY OF APRIL 2024.


LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.